IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Lisa Yeager, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil No. 3:19-cv-01711-MEM |
| | : |
| Geisinger Clinic and Geisinger Medical Center, | : Malachy E. Mannion |
| | : |
| Defendants. | : |

## STIPULATION

By virtue of marriage, Plaintiff's name has changed from Lisa Yeager to Lisa Sweeney.

Respectfully Submitted:

_____
Joseph C. Borland, Esquire
Borland & Borland, LLP
69 Public Square, 11th Floor
Wilkes-Barre, PA  18701
Attorney for Plaintiff

_____
Anthony (TJ) Andrisano, Esquire
Buchanan Ingersoll & Rooney PC
409 N 2nd Street
Harrisburg, PA 17101
Counsel for Defendants

By the Court:

APPROVED

_____
J.